# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MIGUEL ROMERO,<br><br>        Petitioner,<br><br>   v.<br><br>GREG LEWIS, Warden,<br><br>        Respondent. | Case No. EDCV 11-1426-VBF (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: May 17, 2013

                                              VALERIE BAKER FAIRBANK
                                          UNITED STATES DISTRICT JUDGE